IN THE SUPREME COURT OF THE STATE OF DELAWARE

EPICENTRX, INC.,      §
     §    No. 167, 2023
     Plaintiff Below, Appellant,      §
     §
v.      §    Court Below: Court of Chancery
     §    of the State of Delaware
PROTHEX, INC.,      §
     §
     Defendant Below, Appellee.      §    C.A. No. 2021-0724

Submitted: November 29, 2023
Decided: December 14, 2023

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## **O R D E R**

Now this 14th day of December 2023, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Telephonic Bench Rulings on Section 220 Trial dated March 24, 2023, Post-Trial Judgment dated April 5, 2023, and its Order Awarding Fees and Expenses dated April 23, 2023;

NOW THEREFORE, IT IS HEREBY ORDERED that the judgments of the Court of Chancery be, and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice